## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Terra Fields,                                              Civil No. 17-639 (DWF/LIB)

                    Plaintiff,

v.                                                         **ORDER ADOPTING REPORT**
                                                           **AND RECOMMENDATION**

Strom Engineering Corp.,

                    Defendants.


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Leo I. Brisbois dated January 11, 2018.  (Doc. No. 33.)

No objections have been filed to that Report and Recommendation in the time period

permitted.  The factual background for the above-entitled matter is clearly and precisely

set forth in the Report and Recommendation and is incorporated by reference.  Based

upon the Report and Recommendation of the Magistrate Judge and upon all of the files,

records, and proceedings herein, the Court now makes and enters the following:

### ORDER

1.    Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc.

No. [33]) is **ADOPTED**.

2.    That Defendant's Motion for Summary Judgment and Involuntary

Dismissal (Doc. No. [22]) is **GRANTED**.

3.    This case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule

of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 6, 2018                    s/Donovan W. Frank
                                            DONOVAN W. FRANK
                                            United States District Judge